VASSILA A. TOURIS et al., as Executors of SOTIRIOS A. TOURIS, Deceased, Respondents, *v.* BREWSTER & COMPANY, INCORPORATED, Appellant.

(Submitted April 16, 1923; decided April 24, 1923.)

Motion for re-argument or to amend remittitur denied, without costs. (See 235 N. Y. 226.)